UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EULOGIA MORALES-CAYETANO, a married woman,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, Washington municipal corporation; JOHN DIAZ and "JANE DOE" DIAZ husband and wife, and the marital community of them comprised; BRANDON EGGERS and "JANE DOE" EGGERS, husband and wife, and the marital community of them comprised; LINDSAY C. BROWN and "JOHN DOE" BROWN, husband and wife, and the marital community of them comprised; DAVID L. BAUER and "JANE DOE" BAUER, husband and wife, and the marital community of them comprised;<br><br>Defendants. | No.<br><br>KING COUNTY SUPERIOR COURT CAUSE NO. 13-2-37129-4SEA<br><br>VERIFICATION OF STATE COURT RECORDS |

**VERIFICATION**

The undersigned hereby declare the following:

VERIFICATION OF STATE COURT RECORDS - 1

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
PO Box 94769
Seattle, WA 98124-4769
 (206) 684-8200

1. The undersigned are counsel for defendants John Diaz, Brandon Eggers, Lindsay C. Brown, David L. Bauer, and City of Seattle (hereinafter "defendants").

2. Pursuant to CR 101(b), attached are true and correct copies of all records and proceedings in the Superior Court of King County, Washington, Cause No. 13-2-37129-4SEA;

| Exhibit | Document |
|---|---|
| 1 | Plaintiff's Summons and Complaint; |
| 2 | Order Setting Civil Case Schedule; |
| 3. | Case Information Cover Sheet and Case Assignment Designation; |
| 4. | Notice of Appearance – Defendants; |
| 5. | King County Superior Court Docket, Cause No. 13-2-37129-4SEA. |

DATED this 6th day of December, 2013.

PETER S. HOLMES
Seattle City Attorney

By: s\ Christine L. Olson
Assistant City Attorney
State Bar Number 45416
Telephone: (206) 684-8251
E-mail: christine.olson@seattle.gov

By: s\ Brian G. Maxey
Assistant City Attorney
State Bar Number 33279
Telephone: (206) 733-9001
E-mail: brian.maxey@seattle.gov

600 Fourth Avenue, 4th Floor
PO Box 94769
Seattle, WA 98124-4769
Fax: (206) 684-8284

Attorneys for Defendants

VERIFICATION OF STATE COURT RECORDS - 2

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
PO Box 94769
Seattle, WA 98124-4769
(206) 684-8200